IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| UNITED STATES | * |
| vs. | * Case No.: 8:19-po-02413-TMD |
| SHAUN P BERNARD | * |

\* \* \* \* \* \* \* \* \* \* \* \*

### ENTRY OF APPEARANCE

The undersigned attorney, having been retained by the Defendant, Shaun P. Bernard, and being duly certified to practice before the Court, respectfully requests that his appearance as the attorney of record in the present matter be entered.

*/s/ William H. Cooke*
William H. Cooke
Federal Bar No. 19890
Law Office of William Cooke, LLC
150 South Street, Suite 101
Annapolis, MD 21401
410-905-2185
Bill@WilliamCookeLaw.com
Attorney for Defendant

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 27th day of April, 2019, a copy of the foregoing Entry of Appearance was electronically filed with the Clerk of the United States District Court using CM/ECF, with a notice of said filing to the following:

Counsel for the Government:    AUSA
jane.nathan@usdoj.gov
hollis.weisman@usdoj.gov

*/s/ William H. Cooke*
William H. Cooke